

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00451-CV

**IN RE** Francisco Moises **GARZA** III

Original Proceeding[1]

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: September 21, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On July 21, 2022, relator filed a petition for writ of mandamus. After considering the petition, real party in interest's response, relator's reply, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2019CI12544, styled *In the Interest of C.R.G.P., a Minor Child*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.